| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Dille Family Trust

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
45-6439779

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2100 Wilmington Rd.<br>New Castle, PA 16105<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lawrence<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
■ Other. Specify: **Business Trust**

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 1

Debtor **Dille Family Trust**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Dille Family Trust** _____ Case number (*if known*) _____
     Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Dille Family Trust** _____   Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 28, 2017**
MM / DD / YYYY

**X** **/s/ Louise A. Geer**                                **Louise A. Geer**
Signature of authorized representative of debtor           Printed name

Title  **Trustee**

---

**18. Signature of attorney**

**X** **/s/ Donald R. Calaiaro**                            Date **November 28, 2017**
Signature of attorney for debtor                           MM / DD / YYYY

**Donald R. Calaiaro**
Printed name

**Calaiaro Valencik**
Firm name

**428 Forbes Avenue**
**Suite 900**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address _____

**27538**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Dille Family Trust** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Becker and Company** P.O. Box 444 Carnegie, PA 15106 | | **Service Fees** | | | | $450.00 |
| **David Gettings, CPA** 2898 Mercer Road New Castle, PA 16105 | | **CPA Opinion and Tax Returns** | | | | $500.00 |
| **Fox Rothchild LLP** 1800 Century Park East, Suite 300 Los Angeles, CA 90067 | | **Counsel re: Team Angry v. DFT** | | | | $24,576.50 |
| **Geer and Herman, P.C.** 2100 Wilmington Road New Castle, PA 16105 | | **Trial Counsel/DFT/NFT** | | | | $143,500.00 |
| **Jeff Rovin** One West Street, PH 10 New York, NY 10004 | | **Expoert Report: History; Famous Names** | | | | $1,000.00 |
| **Jerry Wind** Wind Associates, Inc. 1041 Waverly Road Gladwyne, PA 19035 | | **Expert Consultant-Disputed** | **Disputed** | | | $500.00 |
| **Kloss Stenger & LoTempio** 69 Delaware Avenue, Suite 1003 Buffalo, NY 14202 | | **Counsel re: TTSB; FZLZ suit** | | | | $129,830.61 |

| Debtor | **Dille Family Trust** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Leech Tishman<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219** | | **Research & Counsel re: DFT v. NFT** | | | | **$50,753.00** |
| **Leech Tishman<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219** | | **Expert Report Chain of Ownership** | | | | **$5,894.00** |
| **Lorraine Williams<br>1187 Hawkweed Lane<br>Lake Forest, IL 60045** | | **Promissory notes at 4% recorded 2016** | | | | **$230,000.00** |
| **Lorraine Williams<br>1187 Hawkweed Lane<br>Lake Forest, IL 60045** | | **Promissory notes at 4% recorded 2015** | | | | **$105,039.57** |
| **Lorraine Williams<br>1187 Hawkweed Lane<br>Lake Forest, IL 60045** | | **Promissory notes at 4% recorded 2017** | | | | **$28,370.00** |
| **Louise A. Geer, Trustee<br>2100 Wilimington Road<br>New Castle, PA 16105** | | **Oustanding fee 2014** | | | | **$22,458.33** |
| **Matthew Fladell, Esquire<br>1112 Montana Ave., # 150<br>Santa Monica, CA 90403** | | **Counsel re: Team Angry** | | | | **$5,000.00** |
| **Michael S. Ramage<br>720 Argyle Road<br>Wynnewood, PA 19096** | | **Expert Report: Geanology** | | | | **$919.17** |
| **Pietragallo Gordon Alfano Bosick & Raspanti<br>38th Floor, One Oxford Centre<br>Pittsburgh, PA 15219** | | **Expert Report: Disputed** | **Disputed** | | | **$17,773.00** |

Debtor **Dille Family Trust**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Precision Sample LLC**<br>**3416 Ringsby Court, Suite 240**<br>**Denver, CO 80216** | | **Survey re: Famous Name** | | | | $2,705.00 |
| **Richard Spreng**<br>**2586 Woodhill Drive**<br>**Okemos, MI 48864** | | **Expert Report: Famous Name** | | | | $6,200.00 |
| **Thomas Andrae**<br>**1623 Delaware Drive**<br>**Berkeley, CA 94703** | | **Trial Consultant re: popular culture** | | | | $5,000.00 |
| **Veritext Corp**<br>**Mid-Atlantic Region**<br>**1801 Market St., Suite 1800**<br>**Philadelphia, PA 19103** | | **Depostition Fees** | | | | $5,784.41 |