**From:** Don Murphy [mailto:donmurphy@donmurphy.net]
**Sent:** Tuesday, January 16, 2018 1:38 PM
**To:** Halperin, Jim - 1255 <Jim@HA.com>
**Cc:** flint dille <flintdille@gmail.com>; Charles M. Coate <ccoate@abramscoate.com>
**Subject:** Fwd: Buck Rogers intellectual property

Dear Mr. Halperin,

I am a film producer with twenty five years worth of well known credits. I have also been bidding in Heritage Auctions for the last half dozen years.

Currently there is a major lawsuit in the State of Pennsylvania between Team Angry Films and The Dille Family Trust. We maintain that the Dille Family Trust has been blackmailing folks into paying them for Buck Rogers licenses (in this case film rights) when the character entered the public domain years ago. We have presented a litany of evidence that this is the case. (Civil Action No. 2:15-cv-01381-JFC) In response to this and another similar Trademark lawsuit, they have now sought Bankruptcy protection, without even consulting with trust beneficiaries.

All of that be that as it may, in the most recent Bankruptcy filing they have designated Heritage Auctions as the auction house in an attempt to sell off the Intellectual Property Rights that the Trust has for the character Buck Rogers. It is our position that they have no rights and the character is in the Public Domain. In case the Trust has not notified you of this, you have been notified now. I am a big fan of Heritage and as a knowledgable citizen it is important that you know the facts.

In addition you might want to contact with one of the two members of the trust, Flint Dille (copied here) who can take you more about the unapproved actions of the Trustees.

Thanks for reading and all the best...

The preceding is not intended to be a full recitation of the facts and all rights and remedies are hereby reserved.

Best,

Don Murphy



Angryfilms
1416 North LaBrea
Los Angeles CA 90028
323 802 1715

www.donmurphy.net