IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Dille Family Trust, (putatively, a California Business Trust)<br><br>**Debtor**,<br>Dille Family Trust, (putatively, a California Business Trust)<br>**Movant**,<br>vs.<br>Don Murphy,<br>**Respondent**. | Bankruptcy No. 17-24771 JAD<br><br>Chapter 11<br><br>Hearing Date: 2/20/18 @ 10:00 a.m.<br><br>MEMORANDUM OF LAW IN SUPPORT OF REPONDENT'S OPPOSITION TO MOTION TO ENFORCE AUTOMATIC STAY AND FOR SANCTIONS<br><br>ELECTRONICALLY FILED |

### DECLARATION OF DON MURPHY IN SUPPORT OF OPPOSITION TO MOTION TO ENFORCE AUTOMATIC STAY AND FOR SANCTIONS

I, DON MURPHY, hereby declare as follows:

1. I am an individual over 18 years of age and am the President of Team Angry Filmworks, Inc., also generally known to the public and in Hollywood as "Angry Films," a motion picture development and production company, and I submit this declaration in support of Respondent's Opposition to Motion to Enforce Automatic Stay and For Sanctions. The matters set forth herein are true and correct and of my own personal knowledge, and if called upon to testify to these matters, I could and would do so competently.

2. I am a motion picture producer and my production credits include "Natural Born Killers," "The League of Extraordinary Gentlemen," "From Hell" and "The Transformers" motion

pictures franchise. Motion pictures on which I have acted as a producer have generated in excess of four billion dollars in box office revenues.

3. Attached hereto and incorporated herein as Ex. A is a true and correct copy of my January 16, 2018 email expressing my opinion of the licensing practices of the Dille Family Trust as to the character "Buck Rogers" which my company maintains has entered the public domain. The email was sent to Jim Halperin and Flint Dille, a beneficiary of the Dille Family Trust, as well as counsel for Team Angry Filmworks, Inc. were also copied on the email.

4. Flint Dille who was copied on the email in question has never expressed any objection to the opinion expressed in my January 16, 2018 email, and my understanding is that he concurs with my opinion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed in Los Angeles, California.

Dated: February 6, 2018

_____
DON MURPHY

2