From: **Don Murphy** donmurphy@donmurphy.net
Subject: **Happy New Year**
Date: January 17, 2018 at 1:34 PM
To: daniel herman



Hi Dan how goes it!!! How is your 2018 going so far?

Yesterday was a busy day. I interacted with Jim Halperin of Heritage Auctions- I was extremely worried as a private citizen with your history of twisting facts he might not know about the fact that you don't really own anything. Jim is looped in now.

Also I spoke to Flint. He will be contacting the Bankruptcy judge since your position is not supported by him and does not benefit him which is your function.

Also I launched a new site below where we list public documents to help people discover facts they might need.

http://geer-herman.com/

I made a mistake at SDCC when you tried to convince me you were not an awful person. I listened.

2018 is going to be the year you pay me more money than you can possibly imagine.

See ya!



Angryfilms
1416 North LaBrea
Los Angeles CA 90028
323 802 1715

www.donmurphy.net

Exhibit "A"