United States Patent and Trademark Office

Home  Site Index  Search  Guides  Contacts  eBusiness  eBiz alerts  News  Help



**TTABVUE. Trademark Trial and Appeal Board Inquiry System**                                              v1.9

# Cancellation

**Number:** 92051659                          **Filing Date:** 10/26/2009
**Status:** Terminated                         **Status Date:** 04/05/2011
**General Contact Number:** 571-272-8500
**Interlocutory Attorney:** ANDREW P BAXLEY
**Paralegal Name:** MONIQUE HILL-TYSON

### Defendant

**Name:** The Dille Family Trust
**Correspondence:** MAURICE B PILOSOF
1925 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
UNITED STATES
mpilosof@ipbymbp.com
Phone: 310-985-4283

**Serial #:** 72100230   Application File   Assignment   **Registration #:** 714184
**Application Status:** Cancelled - Section 18
**Mark:** BUCK ROGERS

**Serial #:** 73755284   Application File   Assignment   **Registration #:** 1555871
**Application Status:** Cancelled - Section 18
**Mark:** BUCK ROGERS

### Plaintiff

**Name:** Nowlan Family Trust
**Correspondence:** JOHN J O MALLEY
VOLPE AND KOENG PC
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103
UNITED STATES
JOMalley@volpe-koenig.com, ktinker@volpe-koenig.com, ptomail@volpe-koenig.com
Phone: 215-568-6400

### Prosecution History

| # | Date | History Text | Due Date |
|---|------|--------------|----------|
| 22 | 04/05/2011 | TERMINATED | |
| 21 | 04/05/2011 | COMMISSIONER'S ORDER CANCELLING THE REGISTRATIONS | |
| 20 | 02/01/2011 | BOARD'S DECISION: GRANTED | |
| 19 | 01/25/2011 | VOLUNTARY SURRENDER OF REGISTRATION | |

**Prosecution History**

| # | Date | History Text | Due Date |
|---|---|---|---|
| 18 | 01/11/2011 | SUSPENDED PENDING DISP OF OUTSTNDNG MOT | |
| 17 | 12/30/2010 | P'S MOTION TO COMPEL DISCOVERY | |
| 16 | 11/22/2010 | PROCEEDINGS RESUMED | |
| 15 | 09/24/2010 | P'S REPLY IN SUPPORT OF MOTION | |
| 14 | 09/08/2010 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 13 | 08/30/2010 | PL'S REQUEST FOR RECONSIDERATION DENIED | |
| 12 | 08/25/2010 | PL'S REQUEST FOR RECONSIDERATION | |
| 11 | 08/19/2010 | PROCEEDINGS RESUMED | |
| 10 | 08/16/2010 | APPEARANCE | |
| 9 | 08/16/2010 | D'S APPEARANCE OF COUNSEL/POWER OF ATTORNEY | |
| 8 | 07/21/2010 | NOTICE OF DEFAULT | |
| 7 | 06/09/2010 | D'S REQUEST TO WITHDRAW AS ATTORNEY | |
| 6 | 06/04/2010 | P'S MOTION TO COMPEL DISCOVERY | |
| 5 | 06/02/2010 | D'S REQUEST TO WITHDRAW AS ATTORNEY | |
| 4 | 12/07/2009 | ANSWER | |
| 3 | 10/27/2009 | PENDING, INSTITUTED | |
| 2 | 10/27/2009 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 12/06/2009 |
| 1 | 10/26/2009 | FILED AND FEE | |

Results as of 12/18/2018 03:09 PM          Search:

| HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY POLICY |