*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA313349**

Filing date: **10/26/2009**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Petition for Cancellation

Notice is hereby given that the following party requests to cancel indicated registration.

## Petitioner Information

| Name | Nowlan Family Trust | | |
|------|------|------|------|
| Entity | Trust | Citizenship | Pennsylvania |
| Address | 325 Swede Street<br>Norristown, PA 19401<br>UNITED STATES | | |

| Attorney information | John J. O'Malley<br>Volpe and Koeing, P.C.<br>30 S. 17th Street - United Plaza<br>Philadelphia, PA 19103<br>UNITED STATES<br>JOMalley@volpe-koenig.com, ktinker@volpe-koenig.com,<br>ptomail@volpe-koenig.com Phone:215-568-6400 |
|------|------|

## Registrations Subject to Cancellation

| Registration No | 714184 | Registration date | 04/18/1961 |
|------|------|------|------|
| Registrant | THE DILLE FAMILY TRUST<br>P.O. BOX 533<br>LAKE FOREST, IL 60045<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

| Class U038 (International Class 016). First Use: 1928/09/10 First Use In Commerce: 1928/09/10<br>All goods and services in the class are cancelled, namely: Newspaper Comic Strip |
|------|

## Grounds for Cancellation

| *Torres v. Cantine Torresella S.r.l.*Fraud | 808 F.2d 46, 1 USPQ2d 1483 (Fed. Cir. 1986) |
|------|------|
| Abandonment | Trademark Act section 14 | |
| Registration No | 1555871 | Registration date | 09/12/1989 |
| Registrant | TRUSTEES OF THE DILLE FAMILY TRUST, THE<br>P.O. BOX 533<br>LAKE FOREST, IL 60045<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

| Class 028. First Use: 1988/07/29 First Use In Commerce: 1988/07/29<br>All goods and services in the class are cancelled, namely: BOARDGAMES |
|------|

## Grounds for Cancellation

| Abandonment | Trademark Act section 14 |
|------|------|

| Attachments | Cancellation - Part 1.pdf ( 6 pages )(250121 bytes ) |
| | Cancellation - Part 2.pdf ( 37 pages )(5220735 bytes ) |
| | Cancellation - Part 3.pdf ( 42 pages )(3811471 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /John J. O'Malley/ |
| Name | John J. O'Malley |
| Date | 10/26/2009 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Trademark Cancellation of:

Mark:    BUCK ROGERS
Registration No.: 714,184
Registered:    April 18, 1961

-and-

Mark:    BUCK ROGERS
Registration No. 1,555,871
Registered:    September 12, 1989

Nowlan Family Trust,
        Petitioner,

        v.

Dille Family Trust,
        Registrant.

Date:  October 26, 2009

Cancellation No. _____

## PETITION TO CANCEL

Petitioner, Nowlan Family Trust, a trust organized and existing under the laws of Pennsylvania, having its principal place of business at 325 Swede Street, Norristown, PA 19401, believes that it will be damaged if such registrations be permitted to subsist on the Principal Register and, therefore, hereby gives of its intention to petition to cancel the registrations of said trademarks.

Description of Registrant's Registration Nos. 714,184 and 1,555,871 (prosecution histories attached as Exhibits A and B), herein after referred to as

*                    *                    *

**Certificate of Filing**

I hereby certify that this correspondence is filed online via ESTTA to:   Trademark Trial and Appeal Board on October 26, 2009.

_10/26/09_____
Date of Signature

_____
John J. O'Malley, Esquire

**Petitioner: Nowlan Family Trust**
**Cancellation No.:_____**

"Registrant's Marks":

> Registration No. 714,184
> Filed on July 5, 1960, registered on Principal Register April 18, 1961.
> Mark: BUCK ROGERS
> Registrant's Goods: International Class 16 for "Newspaper Comic Strip"

> Registration No. 1,555,871
> Filed on October 3, 1988, registered on Principal Register September 12,
1989.
> Mark: BUCK ROGERS
> Registrants Goods: International Class 28 for "Boardgames."

As grounds for cancellation, it is alleged that:

1.    On January 15, 2009, Petitioner filed Trademark Application No.

77/650,082 for the mark BUCK ROGERS, based on intent-to-use for the following:

> "Motion picture films and motion picture films for broadcast on
> broadcast mediums; audio tapes, audio-video tapes, audio video
> cassettes, audio video discs, and digital versatile discs featuring music,
> comedy, drama, action, adventure, and/or animation; stereo
> headphones; batteries; cordless telephones; audio cassette and CD
> players; CD ROM computer game discs; telephone and/or radio pagers;
> short motion picture film mediums; video cassette recorders and
> players, compact disc players, digital audio recorders and players;
> radios; mouse pads; eyeglasses, sunglasses and cases therefore; game
> equipment; video and computer game programs; video game cartridges
> and cassettes; cellular telephone accessories; encoded magnetic cards;
> Printed matter and paper goods, namely, books, comic books,
> magazines; stationery, writing paper, envelopes, notebooks, diaries,
> note cards, greeting cards, trading cards; lithographs; pens, pencils,
> cases therefor, erasers, crayons, markers, colored pencils, painting sets
> for children, chalk and chalkboards; decals, heat transfers; posters;
> mounted and/or unmounted photographs; book covers, book marks,
> calendars, gift wrapping paper; paper party favors and paper party
> decorations; printed patterns for costumes, pajamas, sweatshirts and t-
> shirts; bedding; Toys; sporting goods, games, clothing, luggage, bags,
> household items, watches, jewelry, dishware; candy; entertainment
> services; entertainment services, namely, an on-going series provided
> through broadcast mediums including television, webcasts, and radio
> broadcasts In International Class 009.

Petitioner: **Nowlan Family Trust**
Cancellation No.:_____

2.    Registrant is the owner of Registration No. 714,184 issued on April 18, 1961 for "Newspaper Comic Strip."

3.    Registrant is the owner of Registration No. 1,555,871 issued on September 12, 1989 for "Boardgames."

4.    The Trademark Examiner has refused registration of Applicant's mark shown in 77/650,082 under Section 2(d) of the United States Trademark Act in view of Registration Nos. 714,184 and 1,555,871.

### Count I - Fraud

5.    Upon information and belief, Registrant has not used the mark BUCK ROGERS in commerce on or in connection with the goods listed in Registrant No. 714,184 since before 1999.

6.    Upon information and belief, Registrant's sworn declaration submitted as part of its renewal application in 2001, which states that the mark BUCK ROGERS was still in use in 2001 for newspaper comic strips, was knowingly and intentionally false.

7.    Upon information and belief, Registrant maintained Registration No. 714,184 by false means and/or by knowingly and willfully making false and/or fraudulent declarations or representations to the United States Patent and Trademark Office, including, *inter alia*, falsely alleging that the marks in Registration No. 714,184 is still in use, when, on information and belief, Registrant had not used the mark on or in connection with each of those goods since before 1999.

3

Petitioner: **Nowlan Family Trust**
Cancellation No.:_____

8.     Upon information and belief, Registrant knew at the time it filed its trademark renewal that it had not used the BUCK ROGERS marks in commerce on or in connection with each of the goods listed in Registration No. 714,184.

9.     Upon information and belief, said false statements were made with the intent to induce the United States Patent and Trademark Office to renew Registration No. 714,184 and reasonably relying upon the truth of said false statements, the United States Patent and Trademark Office did, in fact, renewed said registration to Registrant.

10.     Upon information and belief, Registrant committed fraud in maintenance of Registration No. 714,184.

11.     Applicant is damaged by Registration No. 714,184 and hereby respectfully requests that its petition to cancel Registration No. 714,184 be granted.

## Count II – Abandonment

12.     Petition restates and reallages ¶¶ 1 -11 of the Petition to Cancel and incorporate same by reference as if fully set forth herein.

13.     Upon information and belief, Registrant has ceased to use the mark BUCK ROGERS in interstate commerce on or in connection with the goods covered by the subject Registrations for at least the last three (3) years, by its conduct, has abandoned any and all claims to maintain the registration of said mark, and has otherwise abandoned all claims of federal trademark rights in and to said mark.

14.     In view of the above allegations, if Registration Nos. 714,184 and 1,555,871 are allowed to continue in full force and effect and Registrant continues to

4

Petitioner: **Nowlan Family Trust**
Cancellation No.:_____

retain such rights under the Trademark Act of 1946, Petitioner will continue to be subjected to great and irreparable damage, namely the inability to register its mark on the Principal Register. Moreover, if the Registration is allowed to continue, Registrant will enjoy unlawful gain and advantage to which it is not entitled under the Trademark Act of 1946. Accordingly, Petitioner will be damaged within the meaning of 15 U.S.C. § 1064 if Registration Nos. 714,184 and 1,555,871 are not canceled.

WHEREFORE, Petitioner believes and alleges that it is damaged by the registration of  Registration Nos. 714,184 and 1,555,871 and prays that the registrations be canceled and this Petition to Cancel be sustained.

Pursuant to 37 C.F.R. § 2.207, a credit card payment of $600 is enclosed. Please charge any additional fees due or refund any overpayments associated with this Cancellation to Deposit Account No. 22-0493.

Respectfully submitted,

NOWLAN FAMILY TRUST

10/26/09
Date

By_____
John J. O'Malley, Esquire
Volpe and Koenig, P.C.
United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103
(215) 568-6400

JJO/kat

5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In the Trademark Cancellation of:

Mark:    BUCK ROGERS
Registration No.: 714,184
Registered:    April 18, 1961

-and-

Mark:    BUCK ROGERS
Registration No. 1,555,871
Registered:    September 12, 1989

Nowlan Family Trust,
        Petitioner,

        v.
Dille Family Trust,
        Registrant.

Cancellation No. _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Petition to Cancel was served

on the Registrant and Registrant's Attorney of Record by first-class mail, postage pre-

paid to the following:

Lawrence E. Apolzon                    Trustees Of The Dille Family Trust
Fross Zelnick Lehrman & Zissu, P.C.    P.O. Box 533
866 United Nations Plaza              Lake Forest, IL 60045
New York NY 10017

Date: __10/26/05__

By: _____
        John J. O'Malley, Esquire

PTO Form 2198 (Rev. 6/2005)
OMB No. 0651-0056 (Exp. 04/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 72100230 |
| **REGISTRATION NUMBER** | 714184 |
| **ATTORNEY DOCKET NUMBER** | DILL 0902093 |
| **MARK SECTION** | |
| MARK | BUCK ROGERS |
| **ATTORNEY SECTION** | |
| ORIGINAL ADDRESS | ERIC H. WEIMERS<br>JENNER & BLOCK, LLC<br>ONE IBM PLAZA<br>CHICAGO, IL 60611 |
| **CORRESPONDENCE SECTION** | |
| ORIGINAL ADDRESS | ERIC H. WEIMERS<br>JENNER & BLOCK, LLC<br>ONE IBM PLAZA<br>CHICAGO, IL 60611 |
| **NEW ATTORNEY ADDRESS** | |
| STATEMENT TEXT | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| NAME | Lawrence E. Apolzon |
| FIRM NAME | Fross Zelnick Lehrman & Zissu, P.C. |
| STREET | 866 United Nations Plaza |
| CITY | New York |



Exhibit A

| STATE | New York |
|---|---|
| COUNTRY | United States |
| POSTAL/ZIP CODE | 10017 |
| PHONE | 212-813-5900 |
| FAX | 212-813-5901 |
| ATTORNEY DOCKET NUMBER | DILL 0902093 |

## NEW CORRESPONDENCE ADDRESS

| NAME | Lawrence E. Apolzon |
|---|---|
| FIRM NAME | Fross Zelnick Lehrman & Zissu, P.C. |
| STREET | 866 United Nations Plaza |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 10017 |
| PHONE | 212-813-5900 |
| FAX | 212-813-5901 |

## SIGNATURE SECTION

| SIGNATORY FILE | \\TICRS\EXPORT6\IMAGEOUT6\721\002\72100230\xml1\RAA0002.JPG |
|---|---|
| SIGNATORY NAME | Arthur Mead Martin |
| SIGNATORY POSITION | Trustee |

## FILING INFORMATION SECTION

| SUBMIT DATE | Thu Apr 16 14:54:32 EDT 2009 |
|---|---|
| TEAS STAMP | USPTO/RAA-63.138.172.9-20 090416145432624505-721002 30-40072eb4a858bbf34b3402 46420851ce7b6-N/A-N/A-200 90416145224727804 |

PTO Form 2196 (Rev 05/2005)
OMB No. 0651-0056 (Exp 04/30/2011)

## Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** BUCK ROGERS
**SERIAL NUMBER:** 72100230
**REGISTRATION NUMBER:** 714184
**ATTORNEY DOCKET NUMBER** DILL 0902093

**The original attorney**
ERIC H. WEIMERS
JENNER & BLOCK, LLC
ONE IBM PLAZA
CHICAGO, IL 60611

**Original Correspondence Address :**
ERIC H. WEIMERS
JENNER & BLOCK, LLC
ONE IBM PLAZA
CHICAGO, IL 60611


By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney:

**Newly Appointed Attorney:**
Lawrence E. Apolzon
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
United States
212-813-5900
212-813-5901

**The following is to be used as the correspondence address:**
Lawrence E. Apolzon
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
United States

212-813-5900
212-813-5901

Signatory File Signature
Signatory's Name: Arthur Mead Martin
Signatory's Position: Trustee

Serial Number: 72100230
Internet Transmission Date: Thu Apr 16 14:54:32 EDT 2009
TEAS Stamp: USPTO/RAA-63.138.172.9-20090416145432624
505-72100230-40072eb4a858bbf34b340246420
851ce7b6-N/A-N/A-20090416145224727804

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | |
|---|---|---|
| Owner: | The Dille Family Trust (The Trustees of the Dille Family Trust) | |
| Reg. No: | 714,184 | |
| Reg. Date: | April 18, 1961 | : |
| | | : |
| Mark: | **BUCK ROGERS** | : |
| | | : |
| Our Ref: | DILL 0901306 | : |

## REVOCATION OF POWER OF ATTORNEY AND
## REQUEST FOR CHANGE OF ADDRESS FOR CORRESPONDENCE

Box NO FEE
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Registrant revokes all Powers of Attorney heretofore granted in connection with this registration.

## ADDRESS FOR CORRESPONDENCE

Registrant requests that all correspondence in connection with this application be directed to the law firm of Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York, New York 10017, ATTENTION: Lawrence E. Apolzon (Tel.: 212-813-5900), its attorneys.

Dated: *April 15, 2009*

The Dille Family Trust (The Trustees of the Dille Family Trust)

By: _____

Name: ARTHUR MEAD MARTIN

Title: TRUSTEE

LEA/agC:\Documents and Settings\ervingsd\Local Settings\Temporary Internet Files\OLKA\BUCK ROGERS Revocation of POA (F0440729).DOC

{F0440729.1 }

100230

7210023 0
FILING DATE
01/05/1960

REGISTRATION #
714184

CLASS.

*38*

# CONTENTS:

*Application* BL *papers.*

1. N OF R
2. COMB. AFF. SEC 8 & 15    2 MAY 1966
3. *Reg. Pet. Dec 4 1970*
4. Section 8 & 9   4-16-01 PC
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____

16—61561-8

RENEWAL

| REG. NO. | MARK | SER. NO. |
|---|---|---|
| **714184** | BUCK ROGERS | **100230** |

Registered (date)

APR 18 1961

Type of Mark

| Class | Filed Complete | Serial No. |
|---|---|---|
| 38 | JULY 5, 1960 | 100 230 |

Applicant and Post Office

JOHN F. DILLE CO., ILL. CORP.,
320 W. MADISON ST.,
CHICAGO, ILL.,

*Robert C. Dille*
*Carmel, Calif.*

☐ Assignee of
☐ By change of name from

Mark
BUCK ROGERS

Send Correspondence to
~~THOMPSON, RAYMOND, MAYER, JENNER &~~ *Block*
~~135 S. LA SALLE ST.,~~ *Jenner & Block*
~~CHICAGO, ILL.,~~ *One IBM Pl*
*Chicago, Ill. 60611*

Representative

Attorney
~~THOMPSON,~~ RAYMOND, MAYER, JENNER & ~~BETTMAN~~ *Block*

Associate Attorney

Other Data

Claims Ownership of Registration
REG. NO. 330,187

Goods—Services
NEWSPAPER COMIC STRIP

*OK*

First Use
SEPT. 10, 1928

In Commerce
SEPT. 10, 1928        JUN 9 1961

Examiner
38 *Hancock*

PRINCIPAL REGISTER

Amended ...............................

.........................................

.........................................

Parts Filed
  Application ...............
  Verification ...............
  Specimens ...............
  Drawings ...............
  Fee $25 ~~APR 4 196~~

Goods—Services

Passed for Publication
*K.J. Hancock*

Passed for Registration
*H Kendish*

| A F F I D A V I T | Sec. 8 |  |
|---|---|---|
|  | Sec. 15 | *B H Vertig* |
|  | Sec. 12c |  |

Passed for Renewal *J.O. Bedel*
*Everett J B*

Renewed From *Apr. 18, 1981*
*Apr 18, 2001*

INT. CL. **16**

**PUBLISHED IN O. G.**

JAN 31 1961

**U.S. PATENT OFFICE**

PD-403 (12-7-57)                    16-43562-8   U. S. GOVERNMENT PRINTING OFFICE







$25.00—202$  Jm /R  3

## APPLICATION FOR RENEWAL

| | |
|---|---|
| Mark: | "BUCK ROGERS" |
| Registration No.: | 714,184 |
| Class No.: | 38 |

TO THE COMMISSIONER OF PATENTS
  AND TRADEMARKS:

APPLICANT:          ROBERT C. DILLE

BUSINESS ADDRESS:     Box 235, Route One
                         Carmel, California  93923

    The above-identified applicant for renewal requests that
Registration No. 714,184 granted to John F. Dille Company on
April 18, 1961, which applicant for renewal now owns as shown
by records in the Patent and Trademark Office, be renewed in
accordance with the provisions of Section 9 of the Act of
July 5, 1946.

    The renewal fee is presented herewith.

12/09/80 0714184    3 202 . 25.00CK

## AFFIDAVIT

STATE OF CALIFORNIA  )
                       )  SS
COUNTY OF MONTEREY   )

    Robert C. Dille, being sworn, states that he owns Registration No. 714,184; that the mark shown therein is in use in interstate commerce on all the goods recited in the registration and that the attached specimen shows the mark as currently used.



                             Robert C. Dille

Subscribed and Sworn to
before me this 20th day
of NOVEMBER , 1980.

_____
Notary Public

OFFICIAL SEAL
TERRY SMICK
NOTARY PUBLIC — CALIFORNIA
MONTEREY COUNTY
My Commission Expires Aug. 15, 1983

## POWER OF ATTORNEY

    The undersigned hereby appoints JENNER & BLOCK, One IBM Plaza, Chicago, Illinois  60611, a law firm, all members of which are members of the Bar of the State of Illinois, its attorneys, to file this Affidavit and to transact all business in the Patent and Trademark Office in connection therewith.

                  By:  _____
                        Robert C. Dille

Special Features, a syndicate service of The New York Times Company























NEWMAN, POPPENHUSEN, STERN & JOHNSTON    POPPENHUSEN, JOHNSTON, THOMPSON & RAYMO.    RAYMOND, MAYER, JENNER & BLOCK

LAW OFFICES

# JENNER & BLOCK

ONE IBM PLAZA

CHICAGO, ILLINOIS 60611

(312) 222-9350

TWX 910-221-5409

December 3, 1980

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Commissioner of Patents and Trademarks
United States Patent and Trademark Office
Washington, D.C.  20231

                    Re:  Application for Renewal for
                         "BUCK ROGERS" - Registration
                         No. 714,184

Dear Sir:

     Enclosed please find the following:

1.  Application for Renewal of the above-referenced trademark;

2.  Affidavit of Robert C. Dille;

3.  Power of Attorney executed by Robert C. Dille;

4.  One specimen showing the mark in actual use; and

5.  Mr. Robert C. Dille's check in the amount of $25.00 in payment of the filing fee.

     Please address all of your correspondence in this matter to my attention.

                              Yours very truly,

                              Arthur M. Martin

AMM/ske
Enclosures
cc:  Robert C. Dille

REGISTRATION NO. **714,184**  ISSUED **APR 18, 1961**

12-C PUB

RECEIPT IS HEREBY ACKNOWLEDGED OF THE AFFIDAVIT FILED

BY **NATIONAL NEWSPAPER SYNDICATE, INC.,**

ON **MAY 2, 1966**

| | |
|---|---|
| X | SEC. 8 - AFFIDAVIT ACCEPTED |
| X | SEC. 15 - AFFIDAVIT FILED |

MPR

BY DIRECTION OF THE COMMISSIONER *C. M. Wendt*

**26 MAY 1966**   DIRECTOR, TRADEMARK EXAMINING OPERATION

FORM POL-136 A
2-60

AFFIDAVIT

ACKNOWLEDGMENT

**RAYMOND, MAYER, JENNER & BLOCK**
**135 S. LA SALLE ST.N,**
**CHICAGO, ILL.,**

U. S. DEPARTMENT OF COMMERCE - PATENT OFFICE

<u>COMBINED AFFIDAVITS UNDER SECTIONS 8 AND 15</u>

|  |  |
|---|---|
| Mark: | BUCK ROGERS |
| Registration No.: | 714,184 |
| Class No.: | 38 |

STATE OF ILLINOIS )
                   ) SS.
COUNTY OF C O O K )

     ROBERT C. DILLE, being sworn, states that NATIONAL
NEWSPAPER SYNDICATE, INC., a Delaware corporation, of 20 North
Wacker Drive, Chicago, Illinois 60606, owns Registration No.
714,184 issued April 18, 1961, as evidenced by title report,
order for which is herewith placed; that the mark shown therein
has been in continuous use in inter-state commerce for five con-
secutive years, from April 18, 1961 to the present on each of
the following goods recited in the registration:  a newspaper
comic strip; that said mark is still in use in inter-state com-
merce as evidenced by the attached specimen showing the mark as
currently used; that there has been no final decision adverse
to registrant's claim of ownership of said mark, to its right
to register the same, or maintain it on the register, and that
there is no proceeding involving any of said rights pending and
not disposed of either in the Patent Office or in the courts.

                                           Robert C. Dille, Pres.
                                           President

STATE OF ILLINOIS )
                   ) SS.
COUNTY OF COOK    )

        ROBERT C. DILLE, being sworn, states that:  he is
president of NATIONAL NEWSPAPER SYNDICATE, INC., and is authorized
to execute this affidavit on its behalf; he believes NATIONAL
NEWSPAPER SYNDICATE, INC., to be the owner of the trademark re-
ferred to above; to the best of his knowledge and belief no other
person, firm, corporation or association has the right to use said
mark in commerce, either in the identical form, or in such near
resemblance thereto as might be calculated to deceive; and the
facts set forth in this affidavit are true.

                                       Robert C. Dille
                                         President

Subscribed and sworn to before me
this  29<sup>d</sup> day of  April , 1966.

          Lois E. Reich
             Notary Public

My Commission Expires: Jan. 20, 1969

## POWER OF ATTORNEY

        The undersigned hereby appoints RAYMOND, MAYER, JENNER
& BLOCK, 135 South LaSalle Street, Chicago, Illinois 60603, a law
firm, all members of which are members of the bar of the State of
Illinois, its attorneys, to file this affidavit, and to transact
all business in the Patent Office in connection therewith.

                      NATIONAL NEWSPAPER SYNDICATE, INC.

By:                               
                         Robert C. Dille
                         President

NEWMAN, POPPENHUSEN, STERN & JOHNSTON
POPPENHUSEN, JOHNSTON, THOMPSON & RAYMOND

JHNSTON, THOMPSON, RAYMOND & MAYER
HOMPSON, RAYMOND, MAYER & JENNER

EDWARD R. JOHNSTON
ANAN RAYMOND
FREDERICK MAYER
ALBERT E. JENNER, JR.
SAMUEL W. BLOCK
ALAN R. JOHNSTON
GILBERT H. HENNESSEY, JR.
EDWARD H. HATTON
CHARLES J. O'LAUGHLIN
ADDIS E. HULL
PHILIP W. TONE
EDMOND S. SAGER
WESLEY G. HALL
WILLIAM B. DAVENPORT
KENNETH J. BURNS, JR.
PRENTICE H. MARSHALL
LEON FIELDMAN
HOWARD E. KANE
SPENCER H. RAYMOND
THOMAS P. SULLIVAN
JOHN R. WORTHINGTON
JEROLD S. SOLOVY
HOWARD R. BARRON
KEITH F. BODE
JOHN J. CROWN

THOMAS W. McNAMARA
W. RICHARD HELMS
HERBERT B. OLFSON
ROBERT E. PFAFF
JOHN C. TUCKER
HOLLAND C. CAPPER
ROBERT L. BOMBAUGH
MULLER DAVIS
CLAROLD L. BRITTON
MARIANNA M. COOK
DONALD R. HARRIS
EUGENE T. NOONAN
RICHARD L. VERKLER
CHARLES J. McCARTHY
THOMAS C. HYNES
SIDNEY G. SALTZ
JOSEPH A. SPITALLI
KENNETH S. BROUN
RICHARD P. GLOVKA
LAEL F. JOHNSON
HUGH M. KING
THOMAS L. EOVALDI
JOHN G. STIFLER
JOAN M. McMAHAN

LAW OFFICES

RAYMOND, MAYER, JENNER & BLOCK

135 SOUTH LA SALLE STREET

CHICAGO, ILLINOIS 60603

RANDOLPH 6-0220
AREA CODE 312

April 29, 1966

Commissioner of Patents
Washington, D. C.

"BUCK ROGERS"
Registration No. 714,184

Dear Sir:

Enclosed is a combined affidavit under Sections 8 and
15 for the above mark, together with a specimen showing
the mark as currently used. Also enclosed is our check
in the amount of $10.00.

Very truly yours,

Leon Fieldman

LF:dl
Encs.



POL-47

PAPER No. 1

All communications respecting this application should give the serial number, date of filing, and name of the applicant.

ADDRESS ONLY
THE COMMISSIONER OF PATENTS
TRADEMARK EXAMINING OPERATION
WASHINGTON 25, D. C.

# U. S. DEPARTMENT OF COMMERCE
## PATENT OFFICE
### WASHINGTON

ret

┌                             ┐

  THOMPSON, RAYMOND, MAYER,
    JENNER & BLOOMSTEIN
  135 S. LA SALLE ST.
  CHICAGO, ILL.

└                             ┘

Mailed    **JAN 9 1961**

Ser. No.:   100,230

Applicant:   JOHN F. DILLE, CO.

Publication Date:   **JAN 3 1 1961**

MARK: BUCK ROGERS

## NOTICE OF PUBLICATION UNDER SECTION 12 (a)

The application identified above has been examined and it appearing that applicant is entitled to Registration, the mark will in accordance with Section 12 (a) of the Trademark Act of 1946, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no notice of opposition is filed within the time specified by Section 13 of the statute, or by Rules 2.101 and 2.102 of the Trademark Rules, the Commissioner of Patents may issue a Certificate of Registration.

Copies of the Trademark portion of the Official Gazette containing the publication of the mark may be obtained at 20 cents each from the Superintendent of Documents, Government Printing Office.

By direction of the Commissioner.

SGD. J. H. MERCHANT

*Director, Trademark
Examining Operation.*

USCOMM-DC



APPLICATION FOR TRADEMARK REGISTRATION

Mark:        BUCK ROGERS

Class No.:      38

TO THE COMMISSIONER OF PATENTS:

JOHN F. DILLE CO., a corporation of the State of
Illinois, 326 West Madison Street, Chicago, Illinois.

The above identified applicant has adopted and is
using the trademark shown in the accompanying drawing for a
newspaper comic strip; and requests that said mark be regis-
tered in the United States Patent Office on the Principal
Register established by the Act of July 5, 1946.

The trademark was first used on September 10, 1928;
was first used in interstate commerce on September 10, 1928; and
is now in use in such commerce.

The mark is used by printing it on the comic strip
as a title; and five specimens showing the mark as actually
used are presented herewith.  Applicant is the owner of Regis-
tration Number 330,187.

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

ROBERT C. DILLE, being sworn, states that:  he is
President of applicant corporation and is authorized to execute
this affidavit on behalf of said corporation; he believes said
corporation to be the owner of the mark sought to be registered;

to the best of his knowledge and belief no other person, firm,
corporation or association has the right to use said mark in
commerce, either in the identical form or in such near resem-
blance thereto as might be calculated to deceive; and the facts
set forth in this application are true.

(CORPORATE SEAL)

Subscribed and sworn to before me this _1st_ day of _July_,
1960.

_____
                    Notary Public

(NOTARY SEAL)

## POWER OF ATTORNEY

Please recognize THOMPSON, RAYMOND, MAYER, JENNER & BLOOMSTEIN, a law firm, all members of which are members of the Bar of the State of Illinois, with offices at 135 South LaSalle Street, Chicago, Illinois, to prosecute this application, to transact all business in connection therewith, and to receive the certificate.

JOHN F. DILLE CO.,

By: _Robert C. Dille_

Robert C. Dille, President

EDWARD R. JOHNSTON
COUNSEL
——
FLOYD E. THOMPSON
ALAN RAYMOND
FREDERICK MAYER
WILLIAM R. SELLER
ALBERT E. JENNER, JR.
MAX BLOOMSTEIN, JR.
JAMES A. SPROWL
SAMUEL W. BLOCK
ALAN R. JOHNSTON
GILBERT H. HENNESSEY, JR.
EDWARD H. HATTON
CHARLES J. O'LAUGHLIN
ADDIS E. HULL III
PHILIP W. TONE
EDMOND S. SAGER
WESLEY G. HALL
WILLIAM B. DAVENPORT

LAW OFFICES

THOMPSON, RAYMOND, MAYER, JENNER & BLOOMSTEIN

135 SOUTH LA SALLE STREET

CHICAGO 3

RANDOLPH 6-0220

July 1, 1960

LEON FIELDMAN
KENNETH J. BURNS, JR.
PRENTICE H. MARSHALL
HOWARD E. KANE
SPENCER H. RAYMOND
THOMAS P. SULLIVAN
SHELDON KARON
JOHN R. WORTHINGTON
JEROLD S. SOLOVY
HOWARD R. BARRON
KEITH F. BODE
JOHN J. CROWN
THOMAS W. McNAMARA
W. RICHARD HELMS
LAWRENCE A. COLES, JR.
HERBERT B. OLFSON
ROBERT E. PFAFF
JOHN C. TUCKER

Commissioner of Patents
Trademark Operations
Washington 25, D. C.

"BUCK ROGERS"

Dear Sir:

Enclosed herewith are the following:

1.  Completed application for registration
    of the above mark in class 38.

2.  Executed power of attorney.

3.  Trademark drawing.

4.  Five specimens of the mark as actually
    used.

5.  Our check for $25.00 in payment of the
    filing fee.

Very truly yours,

Leon Fieldman

LF:na

Enclosures

**TRADEMARK ASSIGNMENT QUERY AS OF 7/10/2001  12:3:21**
**REEL/FRAME DATA**

**REEL:**   0426                    **DATE LAST UPDATED:**      12/18/1991
**FRAME:** 0280                     **DATE IN SYSTEM:**         00/00/0000
                                    **DATE KEYED IN:**          00/00/0000
**NUMBER OF PAGES:** 002            **RECORDATION DATE:**       10/06/1982
                                    **DATE MAILED:**            00/00/0000
**ELECTRONIC SUBMISSIONN**          **ASSIGNMENT RECEIPT DATE:**
**PTAS SUBMISSION:**      N         **CONVEY EFFECTIVE DATE:**

**CORRESPONDENCE**
**NAME:**   JENNER AND BLOCK
            ONE IBM PLAZA
            ONE IBM PLAZA
            CHICAGO, IL 60611

**BRIEF CODE:** 01
**BRIEF TEXT:**  ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

### CONVEYING PARTY DATA

**ENTRY:**          001
**NAME:**           DILLE, ROBERT C.
**FORMERLY:**
**ENTITY:**         98 - UNKNOWN
**ENTITY TEXT:**
**CITIZENSHIP:**         -
**EXECUTION DATE:** 00/00/0000

### RECEIVING PARTY DATA

**ENTRY:**          600
**NAME:**           DILLE, ROBERT C. AND DILLE, VIRGINIA N. AS TRUSTEES OF THE
                    DILLE FAMILY TRUST UNDER AGREEMENT DATED AUG. 16, 1979
**COMPOSED OF:**
**DBA/AKA/TA:**
**ADDRESS:**        RTE. #1
                    BOX 235
                    CARMEL
**STE/CTRY CODE:** CA - CALIFORNIA
**ZIP CODE:**       93923
**ENTITY:**         98 - UNKNOWN
**ENTITY TEXT:**
**CITIZENSHIP:**        -

**ENTRY:**          601
**NAME:**           DILLE, VIRGINIA N. AS TRUSTEES OF THE DILLE FAMILY TRUST
**COMPOSED OF:**
**DBA/AKA/TA:**
**ADDRESS:**        RTE. #1
                    BOX 235
                    CARMEL
**STE/CTRY CODE:** CA - CALIFORNIA
**ZIP CODE:**       93923
**ENTITY:**         98 - UNKNOWN
**ENTITY TEXT:**

**PAGE 1 of 2**

FORM PTO-685
(REV. 2-75)

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

**ASSIGNMENTS**

REG. NO. 714,184
SER. NO.

☐ No previous assignments of record as of _____

☐ See Title Record for ownership information prior to this record

| Serial No. | Filing Date | Reel 399 | Frame 441 | Registration Date April 18, 1961 | Reg. No. 714,184 |
|---|---|---|---|---|---|
| Date Sept. 23,1980 Ack | | (Trade-Mark) | | Date Recorded Sept. 10,1981 | |

Registrant    John  F. Dille Co.

Assignor  DILLE FAMILY TRUST, U/A, THE, BY
Robert C. Dille and Virginia N. Dille trustees
trust dated Aug. 16,1979

Assignee    Dille, Robert C.

Brief    Assigns the entire interest and the good will

| Serial No. | Filing Date | Reel 388 | Frame 343 | Registration Date April 18, 1961 | Reg. No. 714,184 |
|---|---|---|---|---|---|
| Date Ack.Sept.22,1980 | | (Trade-Mark) | | Date Recorded March 30,1981 | |

Registrant    John F. Dille

Assignor  Dille, Robert C.
Box 235, Rt. 1
Carmel, Ca. 93923

Assignee  Dille, Robert C. and Dille, Virginia N. as Trustees of
THE DILLE FAMILY TRUST, U/A dated Aug. 16,1980
Box 235, Rt. 1, Carmel, Ca. 93923

Brief    Assigns his entire interest and the good will

8-31-89
LJE

FORM PO-685
(6-22-61)

U.S. DEPARTMENT OF COMMERCE
PATENT OFFICE

**ASSIGNMENTS**

| REG. NO. | 714,184 |
|---|---|
| SER. NO. | |

☑ No previous assignments of record as of ___ JAN 9 1963

☐ See Title Record for ownership information prior to this record

JAN 28 1966

| Serial No. | Filing Date | 97 | 272 | Apr. 18, 1961 | 714,184 |
|---|---|---|---|---|---|
| | | Reel | Frame | Registration Date | Reg. No. |
| Date Ack. Dec., 1962 | | (Trade-Mark) | Date Recorded Jan. 10, 1963 | | |
| Registrant Dille, John F., Co. | | | | | |
| Assignor | Dille, John F., Co., 20 N. Wacker Drive, Chicago, Ill. | | | | |
| Assignee | Dille, Robert C. 20 N. Wacker Drive, Chicago, Ill. | | | | |
| Brief | Assigns all interest, together with the good will of the business symbolized by said mark. | | | | |

| Serial No. | Filing Date | 98 | 185 | Apr. 18, 1961 | 714,184 |
|---|---|---|---|---|---|
| | | Reel | Frame | Registration Date | Reg. No. |
| Date Ack Feb. 1, 1961 | | (Trade-Mark) | Date Recorded Feb. 6, 1963 | | |
| Registrant Dille, John F., Co. | | | | | |
| Assignor | Dille, Robert C. | | | | |
| Assignee | National Newspaper Syndicate, Inc., 20 North Wacker Drive, Chicago, Ill. | | | | |
| Brief | Assigns all interest, together with the good will of the business symbolized by said mark. | | | | |

| Serial No. | Filing Date | 233 | 170 | April 18, 1961 | 714,184 |
|---|---|---|---|---|---|
| | | Reel | Frame | Registration Date | Reg. No. |
| Date Ack. May 31, 1974 | | (Trade-Mark) | Date Recorded June 10, 1974 | | |
| Registrant John F. Dille Co. | | | | | |
| Assignor | National Newspaper Syndicate, Inc. 20 North Wacker Drive Chicago, Ill. 60606 | | | | |
| Assignee | Dille, Robert C. 20 North Wacker Drive Chicago, Ill. 60606 | | | | |
| Brief | Assigns the entire interest and the good will. | | | | |

| Serial No. | Filing Date | 426 | 280 | Apr. 18, 1961 | 714,184 |
|---|---|---|---|---|---|
| | | Reel | Frame | Registration Date | Reg. No. |
| Date Ack. Sept. 24, 1982 | | (Trade-Mark) | Date Recorded Oct. 6, 1982 | | |
| Registrant John F. Dille Co. | | | | | |
| Assignor | Dille, Robert C. Box 235, Rte #1 Carmel, CA 93923 | | | | |
| Assignee | Dille, Robert C. and Dille, Virginia N. as Trustees of THE DILLE FAMILY TRUST under agreement dated Aug. 15, 1979, Box 235, Rte.#1, Carmel, CA 93923 | | | | |
| Brief | Assigns the entire interest and the good will. | | | | |

38

100230

John F. Dille Co.

326 West Madison Street

Chicago, Illinois

First Use:  September 10, 1928

First Use in Interstate Commerce:  September 10, 1928



A Newspaper Comic Strip

BUCK ROGERS

A    182

**714184**

**REGISTERED**

**APR 18 1961**

**PUBLISHED IN O. G.**

**JAN 31 1961**

**U.S. PATENT OFFICE**

3



**04-16-2001**

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #01

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Mark:                              BUCK ROGERS

Registration No.:              714,184

Registration Date:            April 18, 1961

Attorney Docket No.:        17012 10002AD

### COMBINED DECLARATION OF USE IN COMMERCE/APPLICATION FOR RENEWAL OF REGISTRATION OF MARK UNDER §§ 8 & 9 (15 U.S.C. § 1058 & 1059)

To the Assistant Commissioner for Trademarks:

Owner:                            The Dille Family Trust

Address:                          P.O. Box 533
                                       Lake Forest, Illinois 60045

### GOODS/SERVICES AND USE IN COMMERCE STATEMENT

The mark shown in Registration No. 714,184 owned by the above-identified Owner is still in use in Interstate commerce on or in connection with all the goods/services identified in the registration. The attached specimen shows the mark as it is currently used.

FEE/CLASS INFORMATION

$500.00 x 1 = $500.00

## POWER OF ATTORNEY

Owner hereby appoints Ronald L. Wanke, Reg. No. 22,725; Stanley A. Schlitter, Reg.

No. 28,799; Michael S. Walsh, 29,454; Eric H. Weimers, Reg. No. 33,048; Patrick L. Patras,

Reg. No. 37,695; Mark P. Vrla, Reg. No. 43,973; Joseph T. Miotke (Reg. No. 47,798); Steven

McMahon Zeller (Reg. No. 48,060);  Daniel J. Schwartz, Stephen M. Geissler and the attorneys

of JENNER & BLOCK, LLC as its attorneys, with full power of substitution and revocation, to

transact all business in the Patent and Trademark Office in connection therewith, and to receive

the Certificate of Registration.

## CONTACT INFORMATION

Eric H. Weimers
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611
Telephone Number 312-923-2986
Facsimile Number 312-840-7386
E-Mail Address eweimers@jenner.com

## SECTION 8: DECLARATION OF USE IN COMMERCE

The Owner is using the mark in commerce on or in connection with the goods identified

in the registration (newspaper comic strip), as evidenced by the attached specimen showing the

mark as currently used in commerce.

The undersigned being hereby warned that willful false statements and the like are

punishable by fine or imprisonment, or both, under 18 U.S.C. § 101, and that such willful false

statements and the like may jeopardize the validity of this document, declares that he/she is

-2-

properly authorized to execute this document on behalf of the Owner; and all statements made on

his/her own knowledge are true and that all statements are made on information and belief are

believed to be true.

### SECTION 9: APPLICATION FOR RENEWAL

The Owner requests that the registration be renewed for the goods identified

above.

The Dille Family Trust

Date: April 5, 2001

By: _____, Trustee

Print Name : Arthur M. Martin

Title: Trustee of the Dille Family Trust

---

I certify that the foregoing is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope
addressed to the Assistant Commissioner for Trademarks, 2900 Crystal Drive, Arlington, VA 22202-3513 on

Date of Deposit   April 12, 2001 _____

Signature _____

Name ___ Eric H. Weimers _____

---

-3-

Owner:                              The Dille Family Trust

Registration No.:                   714,184


SPECIMEN(S) ARE ATTACHED TO THIS SHEET



## KZARR INVADES
## MIST MEN OF PLANET L-2
## RED ROBES

© **BUCK ROGERS** ISSUE # 02  PAGE - 07 -  *DILLE FAMILY TRUST*



04-16-2001

U.S. Patent & TMOfc/TM Mail Rcpt Dt. #61

LAW OFFICES
# JENNER & BLOCK, LLC

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611

FIRM: (312) 222-9350
FAX: (312) 527-0484

WRITER'S DIRECT DIAL: (312) 923-2986
WRITER'S DIRECT FAX: (312) 840-7386
INTERNET ADDRESS: eweimers@jenner.com

ERIC H. WEIMERS

April 12, 2001

Box POST REG FEE
Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, Virginia 22202

Re:    The Dille Family Trust
       Combined Declaration of Use in Commerce/Application
       For Renewal of Registration of Mark Under § § 8 & 9
       Registration No. 714,184
       BUCK ROGERS
       Attorney Docket 17012 10002AD

Sir:

Enclosed herewith is a Combined Declaration of Use in Commerce/Application For Renewal of Registration of Mark Under §§ 8 & 9 of The Dille Family Trust for the mark BUCK ROGERS.  Also enclosed is a specimen showing the mark as used.  Please charge the renewal fee of $500.00 and any additional fees to Account No. 10-0460.  A duplicate copy of this letter is enclosed.

Please direct all future communications to the undersigned attorney at the above address.

Very truly yours,

Eric H. Weimers
Registration No. 33,048

DALLAS OFFICE

3150 BANK ONE CENTER
1717 MAIN STREET
DALLAS, TX 75201
FIRM: (214) 748-8700
FAX: (214) 748-5757

LAKE FOREST OFFICE

ONE WESTMINSTER PLACE
LAKE FOREST, IL 60045
FIRM: (847) 295-9200
FAX: (847) 295-7810

WASHINGTON OFFICE

601 THIRTEENTH STREET, N.W.
SUITE 1200 SOUTH
WASHINGTON, D.C. 20005
FIRM: (202) 639-6000
FAX: (202) 639-6066

# United States Patent Office

**714,184**
Registered Apr. 18, 1961

## PRINCIPAL REGISTER
### Trademark

Ser. No. 100,230, filed July 5, 1960

## BUCK ROGERS

John F. Dille Co. (Illinois corporation)
326 W. Madison St.
Chicago, Ill.

For: NEWSPAPER COMIC STRIP, in CLASS 38.
First use Sept. 10, 1928; in commerce Sept. 10, 1928.
Owner of Reg. No. 330,187.

# United States Patent Office

**714,184**
**Registered Apr. 18, 1961**

## PRINCIPAL REGISTER
## Trademark

Ser. No. 100,230, filed July 5, 1960

## BUCK ROGERS

John F. Dille Co. (Illinois corporation)
326 W. Madison St.
Chicago, Ill.

For: NEWSPAPER COMIC STRIP, in CLASS 38.
First use Sept. 10, 1928; in commerce Sept. 10, 1928.
Owner of Reg. No. 330,187.

2 MAY 1966

PTO Form 2199 (Rev 9/2005)
OMB No. 0651-0056 (Exp 08/50/2011)

# Revocation of Attorney/Domestic Representative and/or
# Appointment of Attorney/Domestic Representative

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 73755284 |
| **REGISTRATION NUMBER** | 1555871 |
| **ATTORNEY DOCKET NUMBER** | DILL 0900624 |
| **MARK SECTION** | |
| MARK | BUCK ROGERS |
| **ATTORNEY SECTION** | |
| **ORIGINAL ADDRESS** | ERIC H. WEIMERS<br>JENNER & BLOCK<br>PATENT AND TRADEMARK DOCKET CLERK<br>ONE IBM PLAZA<br>CHICAGO, IL 60611 |
| **CORRESPONDENCE SECTION** | |
| **ORIGINAL ADDRESS** | ERIC H. WEIMERS<br>JENNER & BLOCK<br>PATENT AND TRADEMARK DOCKET CLERK<br>ONE IBM PLAZA<br>CHICAGO, IL 60611 |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| **NAME** | Lawrence E. Apolzon |
| **FIRM NAME** | Fross Zelnick Lehrman & Zissu, P.C. |
| **STREET** | 866 United Nations Plaza |

# Exhibit B

| STREET | 866 United Nations Plaza |
|---|---|
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 10017 |
| PHONE | 212-813-5900 |
| FAX | 212-813-5901 |
| ATTORNEY DOCKET NUMBER | DILL 0900624 |
| **NEW CORRESPONDENCE ADDRESS** | |
| NAME | Lawrence E. Apolzon |
| FIRM NAME | Fross Zelnick Lehrman & Zissu, P.C. |
| STREET | 866 United Nations Plaza |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| POSTAL/ZIP CODE | 10017 |
| PHONE | 212-813-5900 |
| FAX | 212-813-5901 |
| **SIGNATURE SECTION** | |
| SIGNATORY FILE | \\TICRS\EXPORT6\IMAGEOUT6\737\552\73755284\xml1\RAA0002.JPG |
| SIGNATORY NAME | Arthur Mead Martin |
| SIGNATORY POSITION | Trustee |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Thu Apr 16 14:59:26 EDT 2009 |
| TEAS STAMP | USPTO/RAA-63.138.172.9-20 090416145926471566-737552 84-400a873446b9826c1b0eb8 129e88932f997-N/A-N/A-200 90416145736665125 |

PTO Form 2198 (Rev 3/2005)
OMB No. 0651-0054 (Exp 04/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:

MARK: BUCK ROGERS

**SERIAL NUMBER:** 73755284

**REGISTRATION NUMBER:** 1555871

**ATTORNEY DOCKET NUMBER** DILL 0900624

**The original attorney**

ERIC H. WEIMERS

JENNER & BLOCK

PATENT AND TRADEMARK DOCKET CLERK

ONE IBM PLAZA

CHICAGO, IL 60611

**Original Correspondence Address :**

ERIC H. WEIMERS

JENNER & BLOCK

PATENT AND TRADEMARK DOCKET CLERK

ONE IBM PLAZA

CHICAGO, IL 60611

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney:

**Newly Appointed Attorney:**

Lawrence E. Apolzon

Fross Zelnick Lehrman & Zissu, P.C.

866 United Nations Plaza

New York, New York 10017

United States

212-813-5900

212-813-5901

**The following is to be used as the correspondence address:**

Lawrence E. Apolzon

Fross Zelnick Lehrman & Zissu, P.C.

866 United Nations Plaza

New York, New York 10017
United States

212-813-5900
212-813-5901


Signatory File Signature
Signatory's Name: Arthur Mead Martin
Signatory's Position: Trustee

Serial Number: 73755284
Internet Transmission Date: Thu Apr 16 14:59:26 EDT 2009
TEAS Stamp: USPTO/RAA-63.138.172.9-20090416145926471
566-73755284-400a873446b9826c1b0eb8129e8
8932f997-N/A-N/A-20090416145736665125

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Owner:           The Trustees of the Dille Family Trust  :
                                                          :
Reg. No:         1,555,871

Reg. Date:       September 12, 1989                       :
                                                          :
Mark:            **BUCK ROGERS**                          :
                                                          :
Our Ref:         DILL 0900624                             :

### REVOCATION OF POWER OF ATTORNEY AND
### REQUEST FOR CHANGE OF ADDRESS FOR CORRESPONDENCE

Box NO FEE
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Registrant revokes all Powers of Attorney heretofore granted in connection with this
registration.

### ADDRESS FOR CORRESPONDENCE

Registrant requests that all correspondence in connection with this application be directed
to the law firm of Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, New York,
New York  10017, ATTENTION:  Lawrence E. Apolzon (Tel.: 212-813-5900), its attorneys.

Dated: April 15 2009                         The Trustees of the Dille Family Trust

                                             By: _____

                                             Name: ARTHUR MEAD MARTIN

                                             Title: TRUSTEE

LEA/agC:\Documents and Settings\ervingsd\Local Settings\Temporary Internet Files\OLKA\BUCK ROGERS Revocation of POA
(F0440731).DOC

[F0440731.1 ]

ES

788284

CLASS

28

## CONTENTS:

Application .................. papers.

JAN 1 9 1993

1. *Amdt & H + Encl* ................. *Feb 17, 1789 Cr*

3. N OF P

4. *Cont Aff: Sec 8 + 15 Oct. 24, 1994*

5. ............................................

6. ............................................

7. ............................................

8. ............................................

9. ............................................

10. ............................................

11. ............................................

12. ............................................

13. ............................................

14. ............................................

15. ............................................

16. ............................................

17. ............................................

18. ............................................

19. ............................................

20. ............................................

21. ............................................

22. ............................................

23. ............................................

24. ............................................

25. ............................................

26. ............................................

27. ............................................

28. ............................................

29. ............................................

30. ............................................

31. ............................................

CAR
FILMED
TMSD



12 MAY 1988

This publication was printed at the UNICOR Print Plant, U.S. Penitentiary, Lompoc, CA

PTO-102. (1-78)
U.S. Dept. of Commerce-Patent and Trademark Office

FPI-LOM

| 1. REG. NO. 1555871 | 3. MARK BUCK ROGERS | | 4. SER. NO. 555284 |
|---|---|---|---|
| 2. REG. DATE SEP 12 1989 | | | 5. REGISTER PRINCIPAL |
| 6. INTERNATIONAL CLASS 28 | 7. PRIOR U.S. CLASS 22 | 8. FILING DATE 10/03/88 | 9. LAW OFFICE 510 |

| 10. APPLICANT AND POST OFFICE | 16. EXAMINING ATTORNEY |
|---|---|
| DILLE FAMILY TRUST, THE COMPOSED OF VIRGINIA NICHOLS DILLE AND ARTHUR CHEAD MARTIN, BOTH UNITED STATES CITIZENS P.O. BOX 533 LAKE FOREST, ILLINOIS 60045 TRUSTEE ILLINOIS | MOORHEAD |
| | 17. TYPE OF MARK TRADEMARK |
| | 18. FIRST USE ICL 028 07/29/1988, |
| 11. CORRESPONDENCE ADDRESS | 19. IN COMMERCE ICL 028 07/29/1988, |
| | 20. FOREIGN REG. AND APPL. DATA |
| 12. DOMESTIC REPRESENTATIVE | |
| 13. APPLICANTS ATTORNEY | |

21. OTHER DATA   U.S. REGS. 1256497,1289174,1302843,
*NO-THE NAME "BUCK ROGERS" IS NOT THE NAME OF A PARTICULAR LIVING INDIVIDUAL BUT IS MERELY FANCIFUL AND DOES NOT INDENTIFY A PARTICULAR INDIVIDUAL.

PTO-102L (REV. 12/82) U.S. DEPT. OF COMMERCE--PATENT AND TRADEMARK OFFICE

| 22. AMENDED | PRINCIPAL REGISTER | | 25. Supervisory Examiner | |
|---|---|---|---|---|
| | | | 26. Examiner | Cora Ann Moorhead |
| 23. AFFIDAVIT | Section 8 | *H.J.Smith* | 27. Passed for Publication | Deborah S Cohn   cam |
| | Section 15 | | 28. Passed for Registration | |
| | Section 17/C | *H.J.Smith* | 29. O.G. Date | |
| 24. RENEWAL | Passed for Renewal | | PUBLISHED JUN 20 1989 | |
| | Renewed From | | | |
| | ☐ Less Goods | | | |

# WIN THE BATTLE FOR THE 25TH CENTURY



Buck Rogers, the super hero of cosmic combat, blasts off with an all-new adventure boardgame from TSR.

It is the 25th century. A fierce war of colonization and conquest has thrown the inner planets of our solar system into disarray. Warships scream across the blackness of space, cutting swaths of destruction from Mercury to the Asteroid Belt.

In TSR's all new boardgame, 2-6 players battle planet by planet for control of the 25th century. They launch the nearly 400 piece galactic arsenal of battlers,

fighters, armed transports, killer satellites, and heavily armed ground troopers commanded by six of the inner-solar systems greatest heroes and villains.

You create and command the space armadas and armies. You make alliances — and break them. You fight for orbits to free or enslave the inner planets.

Ask for this exciting new boardgame at your local toy, book, or hobby store.

Watch for new Buck Rogers books, games, and graphic novels coming soon.

Watch for these books coming this fall.





755284

UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

REGISTRATION NO.   1555871        SERIAL NO.  73/755284         PAPER NO.
                                                      MAILING DATE: 06/26/95

MARK: BUCK ROGERS

REGISTRANT: TRUSTEES OF THE DILLE FAMILY TRUST, THE

CORRESPONDENCE ADDRESS:
  ERIC H. WEIMERS
  JENNER & BLOCK
  PATENT AND TRADEMARK DOCKET CLERK
  ONE IBM PLAZA
  CHICAGO, IL 60611

Please furnish the following
in all correspondence:

1.  Your phone number and zip code.
2.  Mailing date of this action.
3.  Affidavit-Renewal Examiner's name.
4.  The address of all correspondence
    not containing fees should include
    the words "Box 5".
5.  Registration No.

RECEIPT IS ACKNOWLEDGED OF THE SUBMITTED REQUEST UNDER:

SECTION 8 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.161-2.166.

SECTION 15 OF THE TRADEMARK STATUTE AND 37 CFR SECS. 2.167-2.168.

YOUR REQUEST FULFILLS THE STATUTORY REQUIREMENTS AND HAS BEEN ACCEPTED.


  WYE JEAN SMITH
  AFFIDAVIT-RENEWAL EXAMINER
  TRADEMARK EXAMINING OPERATION
  (703) 308-9500  EXT. 38

# POST REGISTRATION REVIEW WORKSHEET

| Name: | | | Date | | Reg. No: |

**Name:**

I certify all information in the database matched the information in the file and no corrections were required.

**INSTRUCTIONS:** If the information in the database does not match the information in the file, the reviewer should check the ERROR column. After correction (text editing), the EDITED column should be checked. RETAIN IN FILE

| Screen | Error | Edit | | Error found during review requiring amendment of: |
|---|---|---|---|---|
| MK | | | AM | Mark: Word _____ Drawing Code _____ New Drawing: Yes _____ No _____ |
| | | | AM | Mark Type: |
| | | | AM | Register: |
| | | | AM | Amended Register: _____ Date Register Amended: _____ |
| CL | | | CL | Prime Classification: |
| | | | CL | Class Status    Active _____ Inactive _____ Class Status Date: _____ |
| | | | CL | International Class: Add _____ Delete _____ Reclassify _____ |
| | | | CL | U.S. Class: _____ Add _____ Delete _____ Reclassify _____ |
| | | | GS | Goods and Services: |
| | | | DL | Deleted Goods [ ] _____ Less Goods (( )) |
| CD | ✓ | | AT | Attorney Name: |
| | ✓ | | CD | Correspondence: Name _____ St. Address _____ City/St/Cntry _____ Zip _____ |
| | | | DR | Domestic Representative: |
| AC | | | AO | Amended/Registration Statement: |
| | | | BO | Certification of Correction Statement: |
| PY | | | PY30 | Registrant: _____ Name |
| | | | PY | _____ Entity Type |
| | | | PY | _____ Citizenship/State of Inc. |
| | | | PY | Address _____ Inter _____ City _____ State/Co _____ Zip _____ |
| | | | EN | Entity Statement: |
| | | | CO | Composed of Statement: |
| | | | DB | Doing Business As (DBA) or (AKA) or (TA) Statement |
| | | | NC30 | |
| | | | PY | Registrant _____ Name |
| | | | PY | _____ Entity Type |
| | | | PY | _____ Citizenship/State of Inc. |
| | | | PY | Address _____ Inter _____ City _____ State/Co _____ Zip _____ |
| | | | EN | |
| | | | CO | |
| | | | DB | |
| | | | NC | |
| | | | 99 | |

**OTHER:**

**REMARK:**

I certify that all corrections have been entered in accordance with the above instructions and text editing guidelines.

_____    _____
TEXT EDITOR                               DATE

**TSR, Inc.**

755284

P.O. Box 756
201 Sheridan Springs Rd.
Lake Geneva, WI 53147
(414) 248-3625
Telex 530654



Producers of DUNGEONS & DRAGONS® Games

September 29, 1988

The Honorable Commissioner
   of Patents and Trademarks
Washington, D.C.  20231

          Re:  Application for Trademark Registration

Dear Commissioner:

          Enclosed please find an application for registration of
the BUCK ROGERS trademark for Boardgames in Class 28.

          Also enclosed are 5 specimens showing the mark as used
and a check in the amount of $200.00 for the filing fee.

          We enclose a self-addressed return post card for early
notice of serial number and filing date.

          Please address all communications in or pertaining to
this application to my attention.

                              Very truly yours,

                              Mary L. Winburn
                              Vice President/General Counsel

enclosures

cc:  Arthur M. Martin, Esq.



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   73/755,284

2. Mark:
   BUCK ROGERS

3. Applicant:
   TRUSTEES OF THE DILLE FAMILY TRUST, THE

4. Publication Date:
   JUN. 20, 1989

The mark of the application above identified appears to be en titled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13 of the Statute or by rules 2.101 and 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained at  $9.50 each for domestic orders, or at $11.88each for foreign orders from:

The Superintendent of Documents
U.S. Government Printing Office
Washington,D.C. 20402

By direction of the Commissioner.

MARY L. WINBURN
TSR, INC.
201 SHERIDAN SPRINGS ROAD
LAKE GENEVA, WI   53147



**PUBLICATION/REGISTRATION REVIEW WORK SHEET**

Reviewer: _S. Evan_    Ofc: _7_    Date: _3/23/89_    Serial No. _755284_

This application was reviewed for publication/registration. All
information in the database matches all information contained
in the file wrapper and no corrections to the database were required.    _____
(Signature)

*INSTRUCTIONS: If information in the data base does not match information in the file wrapper, the reviewer should check (√) the item
in Column 2. After correction (text editing), Column 3 should be checked (√).*    **NOTE: RETAIN IN FILE WRAPPER**

| 1 Screen Code | 2 Error √ | 3 Edited √ | 4 Error Found During Review Requiring Amendment of: |
|---|---|---|---|
| MK | | | Mark:    Words [ ]                                                            Drawing Code [ ] |
| AM | | | Mark Type: |
| | | | Register: |
| | | | Amended Register ?    [ ]                                          Date Register Amended: |
| CL | | | Prime Classification |
| | | | Class Status:        Active [ ]    Inactive [ ]              Class Status Date: |
| | | | International Class:        Add [ ]    Delete [ ]    Reclassify [ ] |
| | | | U.S. Class:              Add [ ]    Delete [ ]    Reclassify [ ] |
| | | | Date of First Use: |
| | | | Date of First Use in Commerce: |
| AF | | | Use in Another Form:    Prime Class [ ] |
| GS | | | Goods and Services |
| CS | | | Certification Statement |
| AT | | | Attorney Name |
| CD | | | Correspondence:    Name [ ]    Internal & Street Address [ ]    City & State or Country [ ]    Zip [ ] |
| DR | | | Domestic Representative |
| CU | | | Concurrent Use Statement |
| DM | | | Description of Mark Statement |
| D1/DØ | | | Disclaimer |
| LS | | | Lining and Stippling Statement |
| NØ | | | Name/Portrait Description/Consent Statement |
| TF | | | Section 2(f):    Entire Mark [ ]    In Part [ ]    Limitation Statement [ ] |
| TR | | | Translation of Words in Mark Statement |
| FN | | | Foreign Entry Number: |
| | | | Country of Origin: |
| | | | Foreign Application Number:                                          Filing Date: |
| | | | Foreign Registration Number:                                      Registration Date: |
| | | | Foreign Registration Expiration Date: |
| | | | Renewed:    Foreign Registration Number:                    Renewal Date: |
| | | | Renewed:    Foreign Registration Expiration Date: |
| | | | Priority Claimed:    Section 44(d) |
| NC99 | | | Assignment or Name Change |
| PR | | | Prior U.S. Registrations:    Registration Numbers: |
| PY | | | Applicant:    Name |
| PY/EN | | | Applicant:    Entity Type [ ]                    Entity Statement [ ] |
| PY | | | Applicant:    Citizenship |
| CO | | | Composed of Statement: |
| DB | | | Doing Business As (DBA) or Also Known As (AKA) Statement: |
| PY | | | Applicant:    Address:    Internal [ ]    Street [ ]    City [ ]    State/Country [ ]    Zip Code [ ] |

Other: _____

_____

_____

_____

_____

| All indicated corrections have been entered in the data base in accordance with the above instructions and text editing guidelines. | _____ (Text Editor) | Date: _____ |
|---|---|---|

## AMENDMENT WORK SHEET

| Name: Lisa Venson | Ofc: 1 | Date: | Serial No. |
|---|---|---|---|

*INSTRUCTIONS: If data base information must be amended, the R&A Clerk should check (√) the "Amended" column. The text editor should check (√) the "Entered" column after the amendment has been entered in the data base.* **RETAIN IN FILE WRAPPER**

| Screen Code | Amended √ | Entered √ | Amendment To: |
|---|---|---|---|
| AM | | | Amended To - Register: |
| PY | X | ✓ | Applicant: [X] Name / [ ] Address / [X] Entity Type / [ ] Citizenship/State of Incorporation |
| EN | | | Entity Statement: |
| NC | | | Assignment or Name Change Statement: |
| AT | | | Attorney Name: |
| CS | | | Certification Statement: |
| CO | X | ✓ | Composed of Statement: |
| CU | ✓ | ✓ | Concurrent Use Statement: |
| CD | | | Correspondence: [ ] Name: / [ ] Address: |
| CL | | | Date of First Use: |
| CL | | | Date of First Use in Commerce: |
| DM | | | Description of Mark Statement: |
| DB | | | Doing Business As (DBA) or Also Known As (AKA) Statement: |
| D1/D0 | | | Disclaimer: |
| DR | | | Domestic Representative: |
| AM | | | Filing Date: |
| FN | | | Foreign Registration: [ ] Country: / [ ] Application Date: / [ ] Registration Date: / [ ] Renewal Date: |
| CL/GS | | | Goods and Services: |
| CL | | | International Class: |
| LS | | | Lining and Stippling Statement: |
| MK | | | Mark Drawing Code:    New Drawing: [ ] Yes [ ] No |
| AM | | | Mark Type: |
| NØ | | | Name/Portrait Description Statement: |
| PR | | | Prior U.S. Registrations: |
| TF | | | Section 2(f): [ ] Entire Mark / [ ] In Part / [ ] Limitation Statement |
| TR | | | Translation Statement: |
| CL | | | U.S. Class: |
| AF | | | Use In Another Form: |

Other Information or Amendments:

_____
_____
_____
_____
_____
_____
_____
_____

| All indicated amendments have been entered in the data base in accordance with the above instructions and text editing guidelines: | _CM_ (Text Editor) | Date: 3-2-19 |
|---|---|---|

Applicant, pleased to note that a search of the Office records revealed no similar registered or pending mark, respectfully requests that this application be passed to publication.

Respectfully submitted,

*Mary L. Winburn*

Mary L. Winburn
Attorney for Applicant

Mary L. Winburn
c/o TSR, Inc.
P.O. Box 756
Lake Geneva, WI   53147
(414) 248-3625



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
Law Office 1

In Re:                                :

Trademark Application of              :     BUCK ROGERS

The Dille Family Trust                :

Serial No. 73/755,284                 :

Filed:  October 3, 1988               :

                                      :     Lake Geneva, Wisconsin 53147
Examiner:  Cora Moorhead              :     February 14, 1989

RESPONSE

Commissioner of Patents and Trademarks
Box 5
Washington, D.C.  20231

Sir:

        This is in response to the Office Action No. 1 dated
January 12, 1989.

        Applicant submits the title and signature pages of its
license agreement with TSR, Inc. as well as pages 22 through 28
of said agreement evidencing some of the provisions for
applicant's control of the nature and quality of the goods to
which the mark is applied.

        Applicant hereby amends its application to identify its
trust as follows:

        The Trustees of The Dille Family Trust, an Illinois
Trust, the trustees comprising Virginia Nichols Dille, a United
States citizen and Arthur Mead Martin, a United States citizen.

        Having submitted the required items within two months of
the mailing date of Office Action No. 1, applicant will be
grateful for the Examining Attorney's giving priority to the
handling of this amended application.

THIS LICENSE AGREEMENT (together with any exhibits attached hereto, the "Agreement") is made this 23rd day of September, 1987, by and between THE DILLE FAMILY TRUST, Post Office Box 223384, Carmel, California 93922, (hereinafter the "Trust") and TSR, INC., a corporation organized under the laws of the State of Wisconsin and having its executive offices at 201 Sheridan Springs Road, Lake Geneva, Wisconsin 53147 (hereinafter "TSR").

<u>INTRODUCTION</u>

The Trust and TSR desire to enter into an agreement relating to the exploitation of publication and game rights with respect to the comic strip character entitled "BUCK ROGERS" and the comic strip featuring that character. This Agreement governs the relationship of the parties in respect of that exploitation.

<u>TERMS OF THE AGREEMENT</u>

1.   <u>DEFINITIONS</u>.   In addition to any definitions adopted elsewhere herein, the following definitions shall apply to the terms set forth below as used in this Agreement:

(a)  Affiliate - A Person who is controlled by, who controls, or who is under common control with,

and thereafter use and possess as its own without any
obligation to TSR.

      (i)  TSR agrees to obtain and maintain in
favor of the Trust, and hereby irrevocably grants to
the Trust, an option to purchase each piece of original
artwork prepared in connection with the exploitation of
the Publication and Game Rights from the artist or
artists who created such original artwork, which option
shall be exercisable prior to any other option to
purchase which may be granted with respect to any of
such original artwork.  If and to the extent that TSR
adopts a practice of acquiring ownership of original
artwork prepared by or for it or otherwise acquires any
original artwork prepared in connection with the
exploitation of the Publication and Game Rights, TSR
agrees to deliver the same to the Trust promptly after
the termination of this Agreement for any reason, or
sooner if TSR so elects, or upon the discontinuance of
the Licensed Product to which the particular original
artwork relates, and the Trust may thereupon and
thereafter use and possess such original artwork as its
own without any obligation to TSR.

    9.    <u>CONSULTATION AND APPROVALS</u>.  TSR agrees:

      (a)  That the Trust has a superior moral
right to all material prepared by or on behalf of TSR
or any sublicensee of TSR in the course of exploiting

-22-

the Publication and Game Rights, including Associated
Material, and that the Trust is entering into this
Agreement on condition that it will have the right,
through the Trust Representative, to exercise final
approval with respect to the literary and artistic
aspects of the exploitation and will own all original
creative material, literary or artistic, prepared by or
on behalf of TSR in the course of the exploitation;

(b)   Regularly to advise the Trust Represen-
tative on, and consult with the Trust Representative
concerning, the manner in which it proposes to exploit
the Publication and Game Rights, its efforts to that
end and its ideas for Licensed Products;

(c)   That with respect to each item which it
contemplates will be a Licensed Product and will be a
work including creative writing it will submit a
premise for review by the Trust Representative, will
not proceed beyond the premise stage unless and until
the premise has been approved by the Trust Representa-
tive and will proceed beyond the premise stage only in
accordance with the premise as so approved, that with
respect to each approved premise with which it elects
to proceed it will submit a complete outline for review
by the Trust Representative, will not proceed beyond
the outline stage unless and until the outline has been
approved by the Trust Representative and will proceed
beyond the outline stage only in accordance with the

-23-

outline as so approved, and that with respect to each
approved outline with which it elects to proceed it
will submit a complete draft for review by the Trust
Representative, will not proceed beyond the draft stage
unless and until the draft has been approved by the
Trust Representative and will proceed beyond the first
complete draft stage only in accordance with the first
complete draft as so approved;

(d)   That with respect to each item which it
contemplates will be a Licensed Product and will not be
a work including creative writing it will submit a
design for review by the Trust Representative, will not
proceed beyond the design stage unless and until the
design has been approved by the Trust Representative
and will proceed only in accordance with the design as
so approved, and that with respect to each approved
design with which it elects to proceed it will submit a
prototype for review by the Trust Representative, will
not proceed beyond the prototype stage unless and until
the prototype has been approved by the Trust Represen-
tative and will proceed only in accordance with the
prototype as so approved;

(e)   That it will submit a sample of each
different item of Associated Material which is a label,
tag, wrap or package which it or any sublicensee
proposes to use in connection with a Licensed Product
prior to such use to the Trust Representative and will

-24-

not use or permit any sublicensee to use any such item
of Associated Material until and unless it has been
approved by the Trust Representative and then only in
the form in which it was approved except, in the case
of such Associated Material proposed to be used by a
sublicensee, for the translation of the text of such
Associated Material into a foreign language and the
addition of markings required by local law or custom
and which do not in any way present or embody elements
of the Work;

(f)  That it will submit a representative
selection of items of Associated Material which are not
labels, tags, wraps or packages which it or any sub-
licensee proposes to use in connection with a Licensed
Product prior to the use of the items of Associated
Material represented by the selection, and will not use
or permit any sublicensee to use any Associated Material
of the type represented by the selection which is
materially different in format from the representative
selection so submitted until and unless it has been
approved by the Trust Representative and then only in a
format not materially different from the representative
selection of such Associated Material so approved.

(g)  To maintain the quality of the Licensed
Products which are not works of creative writings and
the Associated Material at the level of the prototypes

-25-

and samples initially approved by the Trust Representa-
tive;

(h)  To make no material change in any
Licensed Product or in any Associated Material as
approved by the Trust Representative without the prior
approval of the Trust Representative;

(i)  To provide in each agreement it enters
into in the exercise of the limited right to sublicense
granted to it in this Agreement that its sublicensee
may not alter any Licensed Product in which the sub-
licensee is authorized to deal by virtue of its sub-
license except to translate words used on or in associ-
ation with the Licensed Product and to add other
markings or modifications required by local law and
custom and which do not in any way present or embody
the elements of the Work.

(j)  To cooperate with and assist the Trust
Representative in assuring himself that TSR is main-
taining the quality of the Licensed Products and
Associated Material approved pursuant to this Agree-
ment, including, but not limited to, submission of
samples of the first production run of each Licensed
Product and samples of subsequent production runs when
the Trust Representative shall so request, all at TSR's
expense;

(k)  to include provisions in each agreement
it enters into in the exercise of the limited right to

-26-

days after the submission.  The Trust agrees that TSR may
treat any item submitted to the Trust Representative for
approval or disapproval as approved if the Trust Representa-
tive has not approved or disapproved within the time set
forth in the preceding sentence.  Any approval expressly
given and any approval deemed to have been given pursuant to
the provisions of the preceding sentence shall only be
approval of the item in the form submitted.  TSR and the
Trust each agree that in seeking and granting or denying,
respectively, the approvals contemplated by this Section and
Section 9 they will seek as best they can to keep informed
concerning, and to accommodate, the other party's schedule,
notwithstanding the time limits set forth above.  TSR and
the Trust further agree that in seeking the approvals
contemplated by this Section and Section 9, items may be
submitted to the Trust Representative by directing them to
parties designated to receive notices in Section 21 hereof.

11.  GOOD WILL.  TSR recognizes the value of the
publicity and good will associated with the Work and in such
connection, acknowledges that such good will belongs exclu-
sively to the Trust and that the Work has acquired a secon-
dary meaning in the mind of the purchasing public.  TSR
further recognizes and acknowledges that a breach by TSR of
any of its warranties, representations, agreements or
undertakings hereunder will cause the Trust irreparable
damage, which cannot be readily remedied in damages in an

-28-

sublicense granted to it in this Agreement requiring
the sublicensee to maintain the quality of each Li-
censed Product in which the sublicensee is authorized
to deal by virtue of its sublicense and to monitor
compliance with those provisions; and

(1)  That neither the Trust's possession nor
its exercise of its rights to be advised concerning, to
review and to approve or disapprove various aspects of
the exploitation of the Publication and Game Rights
shall relieve or diminish TSR's responsibility for the
fruits of its exploitation.

10.  APPROVALS AND DEEMED APPROVALS.  At the
request of TSR, the Trust agrees to provide a writing
confirming the submission of any item to it for approval and
the date on which the submission was made or a writing
recording its approval or disapproval of any item so submit-
ted.  The Trust agrees to cause the Trust Representative to
approve or disapprove any item submitted to him for approval
not later than seven (7) calendar days after such submis-
sion, except in the case of written material which exceeds
twenty (20) pages in length, as to which material the Trust
agrees to cause the Trust Representative to approve or
disapprove not later than seven (7) calendar days plus two
(2) additional calendar days for each twenty (20) pages or
part thereof beyond twenty (20) pages included in the
submission, but in no event later than fifteen (15) calendar

-27-

IN WITNESS WHEREOF, the parties hereto have signed this Agreement as of the day and year first above written.

THE DILLE FAMILY TRUST

By: _Virginia N. Dille_

Its: _Trustee_

TSR, INC.

By: _____

Its: _____

ATTEST:

_Willard J. Martin_

Its Secretary

**-45-**

U.S. DEPARTMENT OF COMMERCE – Patent and Trademark Office

IN REPLY REFER TO THE FOLLOWING AND THE FILING DATE:

| | | |
|---|---|---|
| **SERIAL NO.** **APPLICANT**<br>73/755284 DILLE FAMILY TRUST, THE | | Paper No. |
| **MARK**<br><br>BUCK ROGERS | | ADDRESS:<br>Commissioner of<br>Patents and<br>Trademarks |
| **ADDRESS**<br><br>MARY L. WINBURN<br>TSR, INC.<br>201 SHERIDAN SPRINGS ROAD<br>LAKE GENEVA, WI  53147 | **ACTION NO.**<br>01 | Washington, DC<br>20231 |
| | **MAILING DATE**<br>01/12/89 | The address of<br>all correspondence<br>not containing fee<br>payments should<br>include the word<br>"Box 5." |
| FORM PTO-1525 (2-84)     U.S. DEPT. OF COMM. PAT. & TM OFFICE | | |

Also furnish: (1) Serial number of application, (2) The mark, (3) Examining
Attorney's name and Law Office number, (4) Mailing date of this action, and
(5) Applicant's name (or applicant's attorney), telephone number and zip
code.

A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS
FROM THE DATE OF THIS ACTION IN ORDER TO AVOID ABANDONMENT.

755284j/wi

The following confirms the telephone conversation of December 21, 1988 with
Mary L. Winburn.  If the Applicant submits the items listed below within
two months of the above mailing date, the Examining Attorney will give
priority to the handling of the amended application.  The six-month final
deadline for filing a response specified above remains in effect.

The applicant asserts that it controls the nature and quality of the goods
through a licensing agreement.  The applicant must submit either (1) copies
of the title and signature pages of the agreement and portions relevant to
the Applicant's control over the nature and quality of the goods or (2) an
explanation summarizing the method of control identifying the date of and
the parties to the agreement.  TMEP section 1201.08(a).

The Applicant agrees to submit copies of the title and signature page of
its licensing agreement and the portions relevant to the Applicant's
control over the nature and quality of the goods.

The Applicant must set forth its trust using the following format:

> The Trustees of the XYZ Trust, a California Trust, the
> trustees comprising John Doe, a U.S. citizen, and the
> ABC Corporation, a Delaware corporation.

The Applicant agrees to identify its trust in accordance with the above example.

If the Applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned Examining Attorney.

The Examining Attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d) (1986). TMEP section 1105.01.

CM:lmt

*Cora Moorhead*

Cora Moorhead
Trademark Attorney
Law Office 1
(703) 557-4657

755284



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MARK:     BUCK ROGERS
CLASS:    28

To the Commissioner of Patents and Trademarks

C/O Virginia Nichols Dille
as Trustee of
THE DILLE FAMILY TRUST
A United States Citizen
having its address at
P.O. Box 533
Lake Forest, IL  60045

The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for boardgames, through a related company, and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the act of July 5, 1946.

The trademark was first used on the goods specified at least as early as July 29, 1988; was first used in interstate commerce on the goods specified at least as early as July 29, 1988; and is now in use in such commerce.

The mark is used by applying it to the goods, and five (5) specimens showing the mark as actually used are presented herewith.

The name shown in the mark on the drawing is not the name of a particular living individual but is merely fanciful and does not identify a particular individual.

Applicant controls the nature and quality of the goods to which the mark is applied by written license.  Pages 1, 22 through 28 and page 45 of the license agreement dated September 23, 1987 between The Dille Family Trust and TSR, Inc. are submitted as evidence of some of the provisions for applicant's control of the nature and quality of the goods to which the mark is applied.

Applicant, The Dille Family Trust, is the owner of the trademark BUCK ROGERS for various goods and owns prior U.S. registrations of this mark including Registration No. 1,236,497, registered May 3, 1983, Registration No. 1,289,174, registered August 7, 1984, and Registration No. 1,302,843, registered October 30, 1984.

*F9*
*Print*
*Print*

Applicant hereby appoints Mary L. Winburn c/o TSR, Inc., 201 Sheridan Springs Road, Lake Geneva, WI 53147, an attorney, to prosecute this application to register, to transact all business in the Patent and Trademark Office in connection therewith, and to receive the certificate of registration.

ADDRESS ALL COMMUNICATIONS IN OR PERTAINING TO THIS APPLICATION TO:

*F6*
*WI*

Mary L. Winburn
TSR, Inc.
201 Sheridan Springs Road
Lake Geneva, WI  53147
Phone No. (414) 248-3625

STATE OF ILLINOIS

COUNTY OF LAKE

Virginia Nichols Dille as trustee of THE DILLE FAMILY TRUST being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any registration resulting therefrom declares: That she believes the trust to be the owner of the trademark sought to be registered; that to the best of her knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as may be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive; that the facts set forth in this application are true; and that all statements made of her own knowledge are true and all statements made on information and belief are believed to be true.

THE DILLE FAMILY TRUST

*Virginia Nichols Dille, Trustee*
Virginia Nichols Dille, Trustee
Date: *September 27, 1988*

TRADEMARK APPLICATION SERIAL NO. **755284**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

040  10/05/88  755284                 1 301      200.00 CK

PTO–1555
(5/87)

FORM PTO-1328
(REV 1 83)

## TRADEMARK APPLICATION FILE DATA WORKSHEET

U S DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

| 1 SERIAL NUMBER | 2 FILING DATE 10-03-88 | 3 LAW OFFICE |
| --- | --- | --- |
| 755284 | 4 REGISTER TYPE PR | 5 MARK DRAWING CODE 1 |

**F2**

BUCK ROGERS

**F3**

| 1. INT CL. | 2. 1st USE DATE | 3. 1st COMMERCE | 4. PAID | 5. PRIOR U.S. CLASS(ES) | 6. GOODS/ SERVICES |
| --- | --- | --- | --- | --- | --- |
| 028 | 07291988 | 07291988 | Y | 022 | SEE APPLICATION |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**F4 / F5**

APPLICANT INFORMATION

| | 1 ENTITY | 2. ENTRY NO. | 3. CITIZENSHIP | 4 NAME | | ENTRY NO. | APPLICANT ADDRESS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1st | | | SEE APPLICATION | | **F5** | 01 | SEE APPLICATION |
| 2nd | | | | | | 02 | |
| 3rd | | | | | | 03 | |

**F6,7** CORRESPONDENCE ADDRESS (F6) and ATTORNEYS (F7) - SEE APPLICATION

**F8**

| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| --- | --- | --- | --- |
| 01 | FOREIGN REGISTRATION NO | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |
| ENTRY NO. | COUNTRY CODE | FOREIGN APPLICATION NO. | FOREIGN FILING DATE |
| 02 | FOREIGN REGISTRATION NO. | FOREIGN REGISTRATION DATE | EXPIRATION DATE |
| | RENEWAL REGISTRATION NO | RENEWAL DATE | RENEWAL EXPIRATION DATE |

**F9** PRIOR U.S. REGISTRATIONS - SEE APPLICATION

**F10**

| TEXT TYPE CODE | ADDITIONAL TEXT (SEE APPLICATION OR ENTER TEXT BELOW) |
| --- | --- |
| NO | |

EMPLOYEE NUMBER   D.B.

USCOMM DC 83 3775



755284

**DRAWING**

28

22

Virginia Nichols Dille
as Trustee of
THE DILLE FAMILY TRUST
P.O. Box 533
Lake Forest, IL   60045

First used on July 29, 1988
and in interstate commerce on July 29, 1988

Class 28:   Boardgames

BUCK ROGERS



REGISTERED
SEP 1 2 1989

1555871

PUBLISHED
JUN 20 1989

3

```
***** USER ID IS ex114655 *****
       # OF MARKS    # DISPLAYED   SEARCH
SS1:          0            0       PHRASCH /OW DILLE VIRGINIA NICHOLS
SS2:          2            2       PHRASCH /OW DILLE &   VIRGINIA
SS3:          6            5       PHRASCH BUCK ROGERS
SS4:     182141            4       PHRASCH DEAD/LD
SS5:        597            1       PHRASCH :BUCK:
SS6:        205            1       PHRASCH :ROGER:
SS7:        133            2       PHRASCH 4&5~3
SS8:          6            6       PHRASCH 5&6~4
HELLO FROM SDC/ORBIT IV.  (12/13/88  9:33 A.M.  EASTERN TIME)
YOU ARE NOW CONNECTED TO THE ACTIVE TRADEMARK DATABASE.
TIMEPROMPTING IS NOW IN EFFECT.
SEARCH AUDITING IS NO LONGER IN EFFECT.
```



**TRADEMARK** #4
**Attorney Docket**
**No. 17012-10037**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

CERTIFICATE OF MAILING BY "EXPRESS MAIL"

DECLARATION UNDER SECTIONS 8 AND 15

"EXPRESS MAIL" MAILING LABEL NUMBER GB3916 21 77X45
DATE OF DEPOSIT: *October 21, 1994*

Mark:                    BUCK ROGERS

Registration No.:        1,555,871

International Class No.: 28

I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10 ON THE
DATE INDICATED ABOVE AND IS ADDRESSED TO THE COMMIS-
SIONER OF PATENTS AND TRADEMARKS, WASHINGTON, D.C. 20231

Arnett S Judon
(TYPED OR PRINTED NAME OF PERSON MAILING PAPER OR FEE)

Arnett S Judon
(SIGNATURE OF PERSON MAILING PAPER OR FEE)

We, Virginia Nichols Dille and Arthur Mead Martin, declare that we are Trustees of The Dille Family Trust, an Illinois trust, located and doing business at P.O. Box 533, Lake Forest, Illinois 60045, and are authorized to make this declaration on behalf of said trust; that said trust is the owner of the above-identified registration which issued on September 12, 1989, as shown by records in the United States Patent and Trademark Office; that the mark shown therein has been in continuous use in interstate commerce for five consecutive years from September 12, 1989 to the present for BOARDGAMES as recited in the registration; that said mark is still in use in interstate commerce as evidenced by the attached specimen showing the mark as currently used; that there has been no final decision adverse to Regis-trant's claim of ownership of said mark, or to its right to register the same or maintain it on the register; and that there is no proceeding involving any of said rights pending and not disposed of either in the United States Patent and Trademark Office or in the courts.

We declare further that all statements made herein of our own knowledge are true and all statements made on information and belief are believed to be true and that these statements are made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under

FD15083   11/04/94   1555871        10-0460   150   374        200.00CH



Trademark BUCK ROGERS
U.S. Reg. No. 1,555,871

Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of this declaration and the registration to which it relates.

### POWER OF ATTORNEY

The undersigned hereby appoint Ronald L. Wanke (Reg. No. 22,725), James D. Ryndak (Reg. No. 28,754), Stanley A. Schlitter (Reg. No. 28,799), Michael S. Walsh (Reg. No. 29,454), Eric H. Weimers (Reg. No. 33,048), Mark K. Suri (Reg. No. 36,024), Andrew R. Basile (Reg. No. 35,438), Patrick L. Patras (Reg. No. 37,695), Steven Dupont, Reginald A. Hill and Paul L. Rodriguez and the attorneys of JENNER & BLOCK its attorneys to file this Declaration and with full power to transact all business in the Patent and Trademark Office in connection therewith.

Please direct all correspondence to:

Patent and Trademark Docket Clerk
JENNER & BLOCK
One IBM Plaza
Chicago, Illinois 60611.

All telephone inquiries may be directed to Eric H. Weimers, (312) 222-9350.

The Dille Family Trust

Dated: 10/07/94

By: _Virginia Nichols Dille_
Virginia Nichols Dille
Trustee

Dated: Sept. 30, 1994

By: _Arthur Mead Martin_
Arthur Mead Martin
Trustee

MRM/MRM40987.DOC



LAW OFFICES

# J E N N E R  &  B L O C K

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

ONE IBM PLAZA
CHICAGO, ILLINOIS 60611

(312) 222-9350
(312) 527-0484 FAX

WASHINGTON OFFICE
601 THIRTEENTH STREET, N.W.
SUITE 1200 SOUTH
WASHINGTON, D.C. 20005
(202) 639-6000
(202) 639-6066 FAX

LAKE FOREST OFFICE
ONE WESTMINSTER PLACE
LAKE FOREST, IL 60045
(708) 295-9200
(708) 295-7810 FAX

MIAMI OFFICE
ONE BISCAYNE TOWER
MIAMI, FL 33131
(305) 530-3635
(305) 530-0008 FAX

ERIC H. WEIMERS

October 21, 1994

**VIA EXPRESS MAIL**

Assistant Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3513

      Re:  United States Trademark Registration
           No. 1,555,871 - for BUCK ROGERS
           Our File:  17012-10037

Sir:

      Enclosed is an Affidavit Under Sections 8 and 15 for
the trademark BUCK ROGERS by The Dille Family Trust. Also
enclosed is a specimen showing the mark as currently used.

      The requisite fee of $200.00 and any other fees
incurred herein are to be charged to Deposit Account 10-0460.
Duplicate copies of this letter are enclosed.

             Respectfully submitted,

             Eric H. Weimers
             Registration No. 33,048

Enclosures

MRW41063.LTR

CERTIFICATE OF MAILING BY "EXPRESS MAIL"

"EXPRESS MAIL" MAILING LABEL NUMBER _GB 391 621 77 XUS_
DATE OF DEPOSIT _October 21, 1994_
I HEREBY CERTIFY THAT THIS PAPER OR FEE IS BEING DEPOSITED
WITH THE UNITED STATES POSTAL SERVICE "EXPRESS MAIL POST
OFFICE TO ADDRESSEE" SERVICE UNDER 37 CFR 1.10 ON THE
DATE INDICATED ABOVE AND IS ADDRESSED TO THE COMMIS-
SIONER OF PATENTS AND TRADEMARKS. WASHINGTON, D.C. 20-31

_Arnett L. Judon_
(TYPED OR PRINTED NAME OF PERSON MAILING PAPER OR FEE)

_Arnett L. Judon_
(SIGNATURE OF PERSON MAILING PAPER OR FEE)

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**
Reg. No. 1,555,871
Registered Sep. 12, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## BUCK ROGERS

TRUSTEES OF THE DILLE FAMILY TRUST, THE (ILLINOIS TRUST)
P.O. BOX 533
LAKE FOREST, IL 60045

FOR: BOARDGAMES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 7–29–1988; IN COMMERCE 7–29–1988.

OWNER OF U.S. REG. NOS. 1,236,497, 1,289,174, AND 1,302,843.

THE NAME "BUCK ROGERS" IS NOT THE NAME OF A PARTICULAR LIVING INDIVIDUAL BUT IS MERELY FANCIFUL AND DOES NOT IDENTIFY A PARTICULAR INDIVIDUAL.

SER. NO. 755,284, FILED 10–3–1988.

CORA ANN MOORHEAD, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cl.: 22**

**Reg. No. 1,555,871**

# United States Patent and Trademark Office

Registered Sep. 12, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## BUCK ROGERS

TRUSTEES OF THE DILLE FAMILY TRUST, THE (ILLINOIS TRUST)
P.O. BOX 533
LAKE FOREST, IL 60045

FOR: BOARDGAMES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 7-29-1988; IN COMMERCE 7-29-1988.

OWNER OF U.S. REG. NOS. 1,236,497, 1,289,174, AND 1,302,843.

THE NAME "BUCK ROGERS" IS NOT THE NAME OF A PARTICULAR LIVING INDIVIDUAL BUT IS MERELY FANCIFUL AND DOES NOT IDENTIFY A PARTICULAR INDIVIDUAL.

SER. NO. 755,284, FILED 10-3-1988.

CORA ANN MOORHEAD, EXAMINING ATTORNEY